KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

THOMAS P. MAZZUCCO (CSBN 139758)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7289
    Fax: (415) 436-7234
    email: tom.mazzucco@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 00217 SI |
|     Plaintiff, ) | STIPULATION TO CONTINUE MOTION TO SUPPRESS FRUITS OF AN UNLAWFUL SEIZURE AND SEARCH AND [PROPOSED] ORDER |
|     v. ) | |
| DAVID RANDLESTON, ) | Date: July 15, 2005 |
|     Defendant. ) | Time: 11:00 a.m. |

    The United States of America, by and through its attorneys, Kevin V. Ryan, United States Attorney for the Northern District of California, by Thomas P. Mazzucco, Assistant United States Attorney, and defendant David Randleston, by and through his attorney, Ronald C. Tyler, hereby stipulate to continue the Motion to Suppress Fruits of an Unlawful Seizure and Search hearing date of July 15, 2005 at 11:00 a.m. to August 12, 2005 at 11:00 a.m. due to the unavailability of counsel.

//

//

//

STIPULATION AND [PROPOSED] ORDER
[05 00217] [SI]

IT IS SO STIPULATED.

Dated: 7/5/05          /S/ Thomas P. Mazzucco
                       THOMAS P. MAZZUCCO
                       Assistant United States Attorney

Dated: 7/7/05          /S/ Ronald C. Tyler
                       RONALD C. TYLER
                       Assistant Federal Public Defender

IT IS SO ORDERED.

Dated: _____

_____

APPROVED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
[05 00217] [SI]