KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

THOMAS P. MAZZUCCO (CSBN 139758)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7289
Fax: (415) 436-7234
email: tom.mazzucco@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05 00217 SI |
|     Plaintiff, | ) | APPLICATION AND [PROPOSED] |
| | ) | ORDER TO UNSEAL |
| v. | ) | |
| | ) | |
| DAVID RANDLESTON, | ) | |
| | ) | |
|     Defendant. | ) | |

    The United States by and through its counsel, Assistant United States Attorney Thomas P.
Mazzucco, hereby moves this Court for an order to unseal the Judgment and Commitment and
provide the United States with a copy in order to permit the government to close this case.

Dated: December 14, 2006            Respectfully submitted,

                                     KEVIN V. RYAN
                                     UNITED STATES ATTORNEY

                                   _/S/ Thomas P. Mazzucco_
                                     THOMAS P. MAZZUCCO
                                     Assistant United States Attorney

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the Judgment and Commitment, in the matter of *United States v. David Randleston*, shall be unsealed and a copy provided to the government until further order of the Court.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE SUSAN ILLSTON
Judge United States District Court