IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>DAVID RANDLESTON,<br><br>                 Defendant. | No. CR 05-0217-01 SI<br><br>[~~PROPOSED~~] STIPULATED ORDER RE: RELEASE TO COMMUNITY CORRECTIONS CENTER<br><br>**Hearing Date:** August 20, 2009 at 9:30 a.m. |

On August 20, 2009, the defendant David Randleston appeared before this Court on allegations of violations of supervised release. With the agreement of the parties this Court ordered Mr. Randleston to reside in a Community Corrections Center, at the direction of the Office of Probation, until he appears before the Honorable Susan Illston on the violation allegations.

The matter shall be called before the duty magistrate judge on Monday, August 31, 2009, for status regarding Mr. Randleston's detention at the Community Corrections Center. Mr. Randleston shall make his initial appearance on the supervised release allegations on Friday, September 11, 2009 at 11:00 a.m. before the Honorable Judge Illston.

//

//

*Randleston*, CR 05-0217-01 SI
ORD. RE: RELEASE

The original conditions of supervised release remain in effect.

IT IS SO ORDERED.

August 21, 2009
DATED

*(signature: Bernard Zimmerman)*
BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO STIPULATED.

Aug. 20, 2009
DATED

_____/s_____
JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California
AARON WEGNER
Assistant United States Attorney

Aug. 20, 2009
DATED

_____/s_____
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Randleston*, CR 05-0217-01 SI
ORD. RE: RELEASE                                    2