IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0217 SI |
| vs. | ) | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| DAVID RANDLESTON, | ) | |
| Defendant. | ) | |

    This matter came on for a hearing on September 11, 2009 regarding alleged violations of supervised release by the defendant, David Randleston. The matter was continued until September 25, 2009. United States Probation Officer Octavio Magaña indicated that Mr. Randleston has been residing at a community corrections center since his initial appearance before the magistrate judge on August 20, 2009. In order for Mr. Randleston to remain at the halfway house pending resolution of this matter (for up to 30 days), Mr. Magaña indicated that an order modifying his supervision conditions would be required. Neither the United States nor the defendant objected to the modification for that purpose. Accordingly, pursuant to Title 18 United States Code § 3583(e), the defendant's conditions of supervised release are hereby modified as follows:

    The defendant is to reside at a halfway house designated by the United States Probation Office for a period of up to 30 days. In all other respects the previously set terms and conditions of

1  supervised release remain in full force and effect.

2

3   IT IS SO ORDERED.

4

5

6  DATED: _____
   SUSAN ILLSTON
7  UNITED STATES DISTRICT COURT JUDGE

*U.S. v. David Randleston CR05-0217 SI*
Order Modifying Conditions of Supervised Release     - 2 -